EAST RIDGELAWN CEMETERY, PLAINTIFF-PETITIONER, v. WALTER G. WINNE, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 413.

*Messrs. Carey, Pforr, Knoeppel & Ziff* for the petitioners.

*Mr. Theodore D. Parsons, Mr. William L. Rae, Messrs. Bilder, Bilder & Kaufman, Messrs. Kessler & Kessler* and *Mr. Isadore Glauberman* for the respondents, cross-petitioners.

September 22, 1952. Granted

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANTHONY J. SALIMONE, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 600.

*Mr. Theodore D. Parsons* and *Mr. David H. Harris* for the petitioner.

*Messrs. Chandless, Weller, Kramer & Frank* for the respondent.

September 22, 1952. Denied.